FILED & ENTERED

FEB 14 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust          DEPUTY CLERK

LAW OFFICES OF JAMES T. STUDER
JAMES T. STUDER, State Bar No. 141116
1420 Los Angeles Avenue, Suite 203
Simi Valley, California  93065
(805) 582-9191/FAX:  (805) 830-0446
Email:  JamesStuderEsq@aol.com

Attorney for Debtors, Stuart L. Groten and Gail S. Groten

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re STUART L. GROTEN and GAIL S. GROTEN,<br><br>Debtors.<br>_____ | Case No. ND-10-11666<br><br>CHAPTER 11<br><br>ORDER ON DEBTORS MOTION FOR BANKRUPTCY COURT APPROVAL OF SETTLEMENT OF STATE COURT CLAIM PURSUANT TO LBR 9013-1(o) |

     The Debtors motion under LBR 9013-1(o) for bankruptcy court approval of their state court claim against NORTH AMERICAN TITLE INSURANCE COMPANY came on regularly before the bankruptcy court. The debtors in possession acting pursuant to their authority under 11 USC 1107 continued prosecution of a state court claim against NORTH AMERICAN TITLE INSURANCE COMPANY for alleged negligence in the handling of an accommodation to prepare and record a security instrument in connection with a loan that debtor STUART GROTEN made to a borrower.  Liability was disputed, and the case settled during a court supervised settlement conference in the state court.

1

GOOD CAUSE appearing, the debtors' settlement with NORTH AMERICAN TITLE INSURANCE COMPANY on behalf of their bankruptcy estate in the amount of $15,000.00 is approved. The debtors STUART GROTEN and GAIL GROTEN are authorized to execute a release of all claims and to receive the settlement proceeds for deposit into their debtor in possession account.  The Court finds that notice of the proposed action was duly given to all interested parties and that there has been no objection to the debtors proposed action.

###
###
###
###
###
###
###
###
###
###
###
###
###
###

DATED: February 14, 2011

United States Bankruptcy Judge

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1420 East Los Angeles Avenue, Avenue 203
Simi Valley,  CA  93065

A true and correct copy of the foregoing document described as ***PROPOSED ORDER ON DEBTORS MOTION FOR APPROVAL OF SETTLEMENT*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_2-8-2011_**  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Richard Bauer rbauer@mileslegal.com
Mark Domeyer mdomeyer@mileslegal.com
Brian Fittipaldi  brianfittipaldi@usdoj.gov
Joe M. Lozano notice@NBSDefaultServices.com
David F Makkabi cmartin@pprlaw.net.
Christopher McDermitt ecfcacb@piteduncan.com
Gabriel Ozel ecfcacb@piteduncan.com
Kelly M Raftery bknotice@mccarthyholthus.com
Lee S. Raphel cmartin@pprlaw.net
Ramesh Singh claims@recoverycorp.com
James Studer jamesstuderesq@aol.com
Eric J Testan ecfcacb@piteduncan.com
United States trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_2/8/2011,_** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge _will be_ completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ***Fill in Date Document is Filed,*** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge _will be_ completed no later than 24 hours after the document is filed.

3

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/8/2011 | JAMES T. STUDER | /S/ James Studer |
|----------|-----------------|------------------|
| Date | Type Name | Signature |

United States Bankruptcy Court
Northern Division
1415 State Street,
Santa Barbara, CA 93101-1511

Stuart Groten
749 Lucille Crt.
Moorpark, CA 93021

Gail Groten
749 Lucille Crt.
Moorpark, CA 93021

United States Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367-6550

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

American Express Bank, FSB
POB 3001
Malvern, PA 19355-0701

Chase
P.O. Box 78420
Phoenix, AZ 85062-8420

Countrywide
P.O. Box 10229
Van Nuys, CA 91410-0229

FIA Services
PO Box 851001
Dallas, TX 75285-1001

Northstar Mortgage
PO Box 650783
Dallas, TX 75265-0783

4

Santa Barbara Bank & Trust
POB 60704
Santa Barbara, CA 93160-0704

BAC Home Loans Servicing, LP
1757  Tapo Canyon Road
Mail Stop CA6-913-LB-11
Simi Valley, CA 93063-3391

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

CitiMortgage, Inc.
PO Box 6941
The Lakes, NV 88901-6941

Amex.  Assurance Company
Green Bay
Green Bay, WI

Citi Mortgage
P.O. Box 60008
The Lakes, NV 88901-0001

Dell
P.O. Box 851001
Dallas, TX 75285-1001

GM Flexible Earnings Credit
P.O. Box 80082
Salinas, CA 93912-0082

Rivergrove Investment, Inc.
POB 21
Buellton, CA 93427-0021

Santa Barbara Bank & Trust
PO Box 60839
Santa Barbara, CA 93160-0839

County Assessor
County Government Center, Room 100
San Luis Obispo, CA 93408-0001

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Securities & Exchange Commission
5670 Wilshire Blvd. 11th Floor
Los Angeles, CA 90036-5627

Am Trust Bank
PO Box 790376
Saint Louis, MO 63179-0376

Chase
P.O. Box 778420
Phoenix, AZ 85062

Countrywide
P.O. Box 10219
Van Nuys, CA 91410-0219

Discover
P.O. Box
Phoenix AZ 85038

JP Morgan Chase Bank, NA
7255 Baymeadows Way Mail Stop JAXB2007
Jacksonville, Fl 32256-6851

Rabo Bank
PO Box 1845
El Centro, CA 92244-1845

U.S. Airways
P.O. Box 13337
Philadelphia, PA 19101-3337

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

Washington Mutual/Chase
P.O. Box 78148
Phoenix, AZ 85062-8148

Union Bank/Attn G Calcia
PO Box 85443
San Diego, CA 92186-5443

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 191114-0325

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

U.S. Bank
4801 Frederica St.
Owensboroa, KY 42301


### NOTE TO USERS OF THIS FORM:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or

attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.


## NOTICE OF ENTERED ORDER AND SERVICE LIST


Notice is given by the court that a judgment or order entitled (*specify*)  **_ORDER APPROVING DEBTORS_**

**_SETTLEMENT OF STATE COURT CLAIM_**  was entered on the date indicated as "Entered" on the first

page of this judgment or order and will be served in the manner indicated below:


   **I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (  NEF  )** –

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was

served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  **_2-8-_**

**_2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or

adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Richard Bauer rbauer@mileslegal.com
Mark Domeyer mdomeyer@mileslegal.com
Brian Fittipaldi  brianfittipaldi@usdoj.gov
Joe M. Lozano notice@NBSDefaultServices.com
David F Makkabi cmartin@pprlaw.net.
Christopher McDermitt ecfcacb@piteduncan.com
Gabriel Ozel ecfcacb@piteduncan.com
Kelly M Raftery bknotice@mccarthyholthus.com
Lee S. Raphel cmartin@pprlaw.net
Ramesh Singh claims@recoverycorp.com

7

James Studer jamesstuderesq@aol.com
Eric J Testan ecfcacb@piteduncan.com
United States trustee (ND) ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

# MAILING LIST

Stuart Groten
749 Lucille Crt.
Moorpark, CA 93021

Gail Groten
749 Lucille Crt.
Moorpark, CA 93021

James Studer
1420 Los Angeles Ave. Suite 203
Simi Valley, CA 93065

United States Trustee
21051 Warner Center Lane Suite 115
Woodland Hills, CA 91367-6550

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114-0326

American Express Bank, FSB
POB 3001
Malvern, PA 19355-0701

Chase
P.O. Box 78420
Phoenix, AZ 85062-8420

Countrywide
P.O. Box 10229
Van Nuys, CA 91410-0229

FIA Services
PO Box 851001
Dallas, TX 75285-1001

Northstar Mortgage
PO Box 650783
Dallas, TX 75265-0783

Santa Barbara Bank & Trust
POB 60704
Santa Barbara, CA 93160-0704

BAC Home Loans Servicing, LP
1757  Tapo Canyon Road
Mail Stop CA6-913-LB-11
Simi Valley, CA 93063-3391

Employment Development Dept.
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Nationstar Mortgage
PO Box 829009
Dallas, TX 75382-9009

CitiMortgage, Inc.
PO Box 6941
The Lakes, NV 88901-6941

Amex.  Assurance Company
Green Bay
Green Bay, WI

Citi Mortgage
P.O. Box 60008
The Lakes, NV 88901-0001

Dell
P.O. Box 851001
Dallas, TX 75285-1001

GM Flexible Earnings Credit
P.O. Box 80082
Salinas, CA 93912-0082

Rivergrove Investment, Inc.
POB 21
Buellton, CA 93427-0021

Santa Barbara Bank & Trust
PO Box 60839
Santa Barbara, CA 93160-0839

County Assessor
County Government Center, Room 100
San Luis Obispo, CA 93408-0001

Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Securities & Exchange Commission
5670 Wilshire Blvd. 11th Floor
Los Angeles, CA 90036-5627

Am Trust Bank
PO Box 790376
Saint Louis, MO 63179-0376

Chase
P.O. Box 778420
Phoenix, AZ 85062

Countrywide
P.O. Box 10219
Van Nuys, CA 91410-0219

Discover
P.O. Box
Phoenix AZ 85038

JP Morgan Chase Bank, NA
7255 Baymeadows Way Mail Stop JAXB2007
Jacksonville, Fl 32256-6851

Rabo Bank
PO Box 1845
El Centro, CA 92244-1845

U.S. Airways
P.O. Box 13337
Philadelphia, PA 19101-3337

US Bank
PO Box 5229
Cincinnati, OH 45201-5229

Washington Mutual/Chase
P.O. Box 78148
Phoenix, AZ 85062-8148

Union Bank/Attn G Calcia
PO Box 85443
San Diego, CA 92186-5443

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 191114-0325

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

11

U.S. Bank
4801 Frederica St.
Owensboroa, KY 42301