PETER C. ANDERSON
UNITED STATES TRUSTEE
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Brian D. Fittipaldi, Bar No. 146864
Trial Attorney for the United States Trustee
United States Department of Justice
**OFFICE OF THE UNITED STATES TRUSTEE**
128 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 957-4100; Facsimile: (805) 957-4103
Email: jennifer.l.braun@usdoj.gov; brian.fittipaldi@usdoj.gov

FILED & ENTERED

MAR 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re <br><br> **Stuart and Gail Groten,** <br><br> Debtor. | Case No. ND 10-11666-RR <br> Chapter 11 <br> ORDER DISMISSING CASE <br><br> Date: February 9, 2011 <br> Time: 2:00 P.M. <br> Crtm: 201 |

The matter came to be heard before the Court on the U.S. Trustee's Motion to Dismiss or Convert. Appearances were made as set forth on the record. The Court having considered the case, all argument and good cause appearing therefore,

-1-

IT IS HEREBY ORDERED AS FOLLOWS:

(1)   This case is hereby dismissed;

(2)   The U.S. Trustee is granted a judgment for all quarterly fees due and owing.

Fernando Valley Division of the United States Bankruptcy Court for the Central District of

California, located at 21041 Burbank Boulevard, Woodland Hills, California 91367.

\###

\###

\###

\###

\###

\###

\###

\###

\###

\###

\###

\###

\###

DATED: March 9, 2011

*Robin Riblet*
United States Bankruptcy Judge

-2-

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21051 Warner Center Lane, Suite 115, Woodland Hills, CA 91367-6551**

A true and correct copy of the foregoing document described as ORDER DISMISSING CASE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *N/A*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *March 9, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *N/A,* I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 9, 2011 | Gabriel A. Rodriguez | */S/ Gabriel A. Rodriguez* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVICE LIST FOR ORDER**

**SERVED BY U.S. MAIL**

Stuart L Groten
Gail E Groten
749 Lucille Crt.
Moorpark, CA 93021

James Studer
1420 Los Angeles Ave Ste 204c
Simi Valley, CA 93065

Real Time Resolutions Inc
1750 Regal Row Ste 120
PO Box 36655
Dallas, TX 75235

The Honorable Robin Riblet
US Bankruptcy Court
1415 State Street
Santa Barbara, CA 93101

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DISMISSING CASE was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***March 9, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. <u>SERVED BY THE COURT VIA U.S. MAIL:</u>** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III.  <u>TO BE SERVED BY THE LODGING PARTY</u>**: Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

**SERVICE LIST FOR ENTERED ORDER**

**BY NOTICE OF ELECTRONIC FILING ("NEF")**

- Richard J Bauer    rbauer@mileslegal.com
- Mark Domeyer    mdomeyer@mileslegal.com
- Brian D Fittipaldi    brian.fittipaldi@usdoj.gov
- Joe M Lozano    notice@NBSDefaultServices.com
- David F Makkabi    cmartin@pprlaw.net
- Christopher M McDermott    ecfcacb@piteduncan.com
- Gabriel Ozel    ecfcacb@piteduncan.com
- Kelly M Raftery    bknotice@mccarthyholthus.com
- Lee S Raphael    cmartin@pprlaw.net
- Ramesh Singh    claims@recoverycorp.com
- James Studer    jamesstuderesq@aol.com
- Eric J Testan    ecfcacb@piteduncan.com
- Brian Fittipaldi    brian.fittipaldi@usdoj.gov

**BY THE U.S. MAIL**

Stuart L Groten
Gail E Groten
749 Lucille Crt.
Moorpark, CA 93021

Real Time Resolutions Inc
1750 Regal Row Ste 120
PO Box 36655
Dallas, TX 75235